# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CASIE TROSCLAIR

VERSUS

JONATHAN ST. MARTIN,
CHRISTOPHER ST. MARTIN,
STATE FARM AUTOMOBILE
INSURANCE CO., AND ABC
INSURANCE CO,

NO.  2023 CW 0520

**JULY 28, 2023**

---

In Re:    Casie  Trosclair  and  Drake  Troclair,  applying  for
          supervisory  writs,  17th  Judicial  District  Court,
          Parish of Lafourche, No. 140756.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

      **WRIT GRANTED IN PART; DENIED IN PART.**  The portion of the trial court's March 28, 2023 judgment denying plaintiffs' motion to compel State Farm Mutual Automobile Insurance Company ("State Farm") to provide a full and complete response to plaintiffs' Interrogatory No. 13 is reversed.  The information sought by plaintiffs in Interrogatory No. 13, a list of cases in which State Farm has retained Dr. Cenac as an additional medical expert in the last five years, is relevant to demonstrate potential bias on the part of Dr. Cenac or possibly to lead to other admissible evidence.  La. Code Civ. P. art. 1422. Accordingly, plaintiffs' motion to compel is granted in part and State Farm is ordered to provide plaintiffs a list of cases in which State Farm has retained Dr. Cenac as an additional medical expert in the last five years.  The writ is denied in all other respects.

**GH**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT